RECEIVED

JAN 1 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOHNNIE GLOVER | CIVIL ACTION NO. 06-2117 |
| VS. | JUDGE MELANÇON |
| HOME DEPOT USA, INC. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Defendant removed this case to federal court on the following facts: On March 25, 2006, plaintiff was shopping in a Lafayette, Louisiana Home Depot store when he was injured by pieces of plywood that fell from his shopping cart and hit his right ankle. Plaintiff claims injuries including a dislocation/fracture of his right tibia and fibula, for his he has sought medical treatment and incurred medical expenses. Plaintiff seeks damages for past and future medical expenses; pain, suffering, mental anguish, and past and future disability; and past and future loss of income and/or earning capacity. Prior to his accident, plaintiff worked as a roofer.

In its Notice of Removal, Home Depot cites to several cases in which plaintiffs were awarded damages for fractures to the tibia and/or fibula in amounts ranging from $25,000 to $450,000. Although the court does not know the plaintiff's specific medical expenses in the instant case, given that he incurred medical expenses for a fractured and/or dislocated tibia and

fibula, and considering that he seeks damages for loss wages, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana on January \_\_11\_\_, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)